# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0357
Lower Tribunal No. 23-113384-CC-23
_____


**Marie Pierre,**
Appellant,

vs.

**Joshua Honore,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Keystone Law Firm, P.A., and Frank Wolland and Eliezer S. Poupko, for appellant.

Gregory D. Curtis, for appellee.


Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Schoenlank v. Schoenlank, 128 So. 3d 118, 121 (Fla. 3d DCA 2013) ("[W]hen the litigation 'ends in a tie,' with each party 'prevailing in part and losing in part on the significant issues,' the trial court is well within its discretion to deny attorney's fees to both parties." (quoting Loy v. Loy, 904 So. 2d 482, 484 (Fla. 3d DCA 2005))); Zhang v. D.B.R. Asset Mgmt., Inc., 878 So. 2d 386, 387 (Fla. 3d DCA 2004) ("A trial court may properly determine that neither party has prevailed in a contract action under compelling circumstances."); M.A. Hajianpour, M.D., P.A. v. Khosrow Maleki, P.A., 975 So. 2d 1288, 1290 (Fla. 4th DCA 2008) ("[I]t appears that the parties battled to a draw.  It is not an abuse of discretion to decline to award attorney's fees when a court determines that neither party prevailed.").